UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

- against -

TERRENCE CHALK A.K.A. "DR.
TERRENCE CASH," GREENLIGHT
ADVANTAGE GROUP, INC.,
GREENLIGHT BUSINESS SOLUTIONS
INC., GREENLIGHT CONSULTING
CORP., and GREENLIGHT INVESTMENT
PARTNERS INC.,

                Defendants.

**ORDER**

20 Civ. 9199 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Terrence Chalk was indicted in the Southern District of New York on January 21, 2021.  See United States v. Chalk, No. 21-cr-49 (ALC) (S.D.N.Y.), Dkt. No. 9 (Indictment)).  The criminal charges arise from the same conduct underlying this action.  As discussed at today's conference, Defendants will file any motion for a stay by February 18, 2021.  Plaintiff will submit a letter by February 25, 2021 stating its position as to a stay.

Dated: New York, New York
       February 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge