UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,

                    -against-

TERRENCE CHALK, et al.,

                              Defendants.

20-CV-9199 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

By order dated March 1, 2021, Judge Gardephe granted the Defendants' letter motion to stay this SEC civil enforcement action pending disposition of the parallel criminal proceeding involving Terrence Chalk (also known as Dr. Terrence Cash). The Court understands that Defendant Chalk was sentenced, on June 10, 2025. Judgment, *USA v. Chalk*, Case No. 21-CR-00049 (ALC), ECF No. 84 (S.D.N.Y. June 10, 2025). The criminal case has since been terminated. Accordingly, the parties are ORDERED to submit a joint letter by **July 2, 2025**, indicating whether they wish to extend the current stay of this action and if not, the issues to resolve and the discovery left to conduct in this action.

Dated:  June 25, 2025
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge